IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FREDERICK WATSON,** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. 3:21-CV-135-K (BH) |
| | § | |
| **JUDITH KIMUTAI, et al.,** | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's federal claims will be **DISMISSED** with prejudice for failure to state a claim, and his remaining state law claim will be **DISMISSED** without prejudice to pursuing it in state court.

SO ORDERED.

Signed November 15th, 2022.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE